**2004 ME 114**

**William HUDSON**

v.

**COMMERCIAL UNION YORK INSURANCE COMPANY.**

Supreme Judicial Court of Maine.

Argued: May 12, 2004.

Decided: Aug. 31, 2004.

Gordon H.S. Scott (orally), Eaton Peabody, Augusta, for plaintiff.

Peter M. Marchesi (orally), Wheeler & Arey, P.A., Waterville, for defendant.

Panel: SAUFLEY, C.J., and CLIFFORD, RUDMAN, DANA, CALKINS, and LEVY, JJ.*

PER CURIAM.

[¶ 1] Commercial Union York Insurance Company appeals from the summary judgment entered in the Superior Court (Kennebec County, *Studstrup, J.*) awarding William Hudson damages, and Hudson cross-appeals the denial of attorney fees and interest. Because the Court is evenly divided, the judgment is affirmed.

The entry is:

Judgment affirmed.